FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jun 01, 2017

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| SHARI L. ELSENSOHN and ROBERT A. ELSENSOHN,<br><br>              Plaintiffs,<br><br>    v.<br><br>MEAD SCHOOL DISTRICT NO. 354, a public school district d/b/a MEAD HIGH SCHOOL; JOHN BARRINGTON, individually and as employee and agent of MEAD HIGH SCHOOL and MEAD SCHOOL DISTRICT NO. 354,<br><br>              Defendants. | No. 2:16-CV-0314-SMJ<br><br>**ORDER DISMISSING CASE** |

On May 31, 2017, the parties filed a stipulated dismissal, ECF No. 17. The parties filed this after filing a similar, slightly different, document at ECF No. 16. Consistent with the parties' agreement and Federal Rule of Civil Procedure 41(a),

**IT IS HEREBY ORDERED:**

    **1.**    The parties' Stipulation for Order of Dismissal with Prejudice and Without Costs, **ECF No. 16,** is **DENIED as moot**.

    **2.**    The parties' Stipulated Motion for Order of Dismissal with Prejudice and Without Costs, **ECF No. 17**, is **GRANTED**.

ORDER **-** 1

**3.** All claims are **DISMISSED WITH PREJUDICE,** with all parties to bear their own costs and attorneys' fees.

**4.** All pending motions are **DENIED AS MOOT.**

**5.** All hearings and other deadlines are **STRICKEN.**

**6.** The Clerk's Office is directed to **CLOSE** this file.

**IT IS SO ORDERED.** The Clerk's Office is directed to enter this Order and provide copies to all counsel.

**DATED** this 1st day of June 2017.

_____
SALVADOR MENDOZA, JR.
United States District Judge